# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAN BUNKERING AMERICA INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12145** |
| **GIS MARINE, LLC, ET AL.** | **SECTION "R" (5)** |

## ORDER TRANSFERRING DUE TO RELATED PROCEEDING

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 19-11741, *Dan Bunkering America Inc. v. Epic Diving & Marine Services, LLC, et al.,* previously allotted to Section "H"(3) of this Court.

Accordingly,

IT IS ORDERED that this matter is hereby transferred to Section "H"(3) for further proceedings.

**New Orleans, Louisiana, this 13th day of August, 2019.**

August 13, 2019

TRANSFERRED TO _____

**SECT. H**
**MAG 3**

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**