UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAN BUNKERING (AMERICA) INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12145** |
| **GIS TIGER** *in rem* <br> **GIS MARINE LLC** *in personam* | **JUDGE JANE TRICHE MILAZZO** |
| **EPIC COMPANIES, LLC** *in personam* | **MAGISTRATE JUDGE DANA M. DOUGLAS** |

### JOINT MOTION FOR PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiff, Dan Bunkering (America) Inc., and defendant, GIS Marine, L.L.C., in its *in personam* capacity and as Claimant to the M/V GIS TIGER, *in rem,* and upon advising the Court that the matters forming the basis of this action as between these discrete parties and the vessel M/V GIS TIGER, *in rem,* have been resolved amicably by and between them, move this Honorable Court for an Order of Partial Dismissal, dismissing all claims asserted by plaintiff, Dan Bunkering (America) Inc., against defendants, GIS Marine, L.L.C., *in personam,* and the M/V GIS TIGER, *in rem,* with prejudice, with each of these parties to bear its own costs. Dan Bunkering (America) Inc. expressly reserves all rights against defendant Epic Companies, LLC.

-2-

Respectfully submitted,

**ADAMS AND REESE LLP**

BY:   */s/*
         Matthew Guy (#31182)
         L. Cole Callihan (#33756)
         701 Poydras Street, Suite 4500
         New Orleans, Louisiana 70139
         Tel:  (504) 581-3234
         Fax:  (504) 584-9503
         Email: matthew.guy@arlaw.com
                    cole.calihan@arlaw.com


ATTORNEYS FOR PLAINTIFF, DAN BUNKERING (AMERICA) INC.


**PHELPS DUNBAR LLP**

BY:   */s/ William J. Riviere*
         William J. Riviere, T.A. (Bar #20593)
         David I. Clay, II (Bar #33776)
         Canal Place | 365 Canal Street, Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: 504-566-1311
         Facsimile: 504-568-9130
         Email: bill.riviere@phelps.com
         Email: turk.clay@phelps.com


ATTORNEYS FOR GIS MARINE, L.L.C.